UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-61463-CIV-MORENO

JANET FRANCIS,

       Plaintiff,

vs.

MSC CRUISES, S.A.,

       Defendant.
_____/

## ORDER OF REASSIGNMENT TO MAGISTRATE JUDGE SELTZER

THIS CAUSE came before the Court upon the Parties' Consent to Proceed Before a United States Magistrate Judge **(D.E. 17)**, filed on **August 20, 2018**.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED** that the above-captioned matter be referred to United States Magistrate Judge Barry S. Seltzer for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd of August 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Barry S. Seltzer
Counsel of Record