UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61463-CIV-SELTZER

JANET FRANCIS,

    Plaintiff,

v.

MSC CRUISES, S.A.,

    Defendant.

_____/

## **FINAL JUDGMENT**

**THIS CAUSE** has come before the Court upon the Order Granting Summary Judgment in favor of MSC Cruises, S.A. (ECF No. 64). It is thereupon,

**ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant MSC CRUISES, S.A. and against Plaintiff JANET FRANCIS.

2. Plaintiff shall take nothing from Defendant in this action.

3. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** at Chambers, Fort Lauderdale, Florida, this 15th day of September, 2019.

*/s/ Barry S. Seltzer*
BARRY S. SELTZER
United States Magistrate Judge