UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-61463-CIV-MORENO

JANET FRANCIS,

        Plaintiff,

vs.

MSC CRUISES, S.A.,

        Defendant.

_____/

## FINAL JUDGMENT

The Court having entered summary judgment in favor of the Defendant, final judgment pursuant to Federal Rules of Civil Procedure 58 and 54 is entered in favor of Defendant MSC Cruises, S.A. and against Plaintiff Janet Francis.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th of June 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record